UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: CRAIG BAKER | CASE NO: 20-22016 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 37 |

On 10/14/2020, I did cause a copy of the following documents, described below,

Notice of Hearing Motion to Convert Chapter 13 Case to Chapter 11 ECF Docket Reference No. 37

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/14/2020

/s/ Anne Penachio
Anne Penachio
Penachio Malara, LLP
245 Main Street, Suite 450
White Plains, NY 10601
914 946 2889

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: CRAIG BAKER

CASE NO: 20-22016

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 37

On 10/14/2020, a copy of the following documents, described below,

Notice of Hearing Motion to Convert Chapter 13 Case to Chapter 11  ECF Docket Reference No. 37

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/14/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Anne Penachio
Penachio Malara, LLP
245 Main Street, Suite 450
White Plains, NY  10601

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                              ATHENE ANNUITY AND LIFE COMPANY        EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING       KNUCKLES KOMOSINSKI  MANFRO LLP        PENACHIO MALARA LLP
02087                                  565 TAXTER ROAD SUITE 590              245 MAIN STREET
CASE 20-22016-SHL                      ELMSFORD NY 10523-2300                 SUITE 450
SOUTHERN DISTRICT OF NEW YORK                                                 WHITE PLAINS NY 10601-2430
WHITE PLAINS
WED OCT 14 14-07-56 EDT 2020


EXCLUDE                                EXCLUDE
WHITE PLAINS DIVISION                  ANNE PENACHIO ESQ                      ATHENE ANNUITY  LIFE ASSURANCE COMPANY
300 QUARROPAS STREET                   PENACHIO MALARA LLP                    7700 MILLS CIVIC PARKWAY
WHITE PLAINS NY 10601-4140             245 MAIN STREET SUITE 450              WEST DES MOINES IA 50266-3862
                                       WHITE PLAINS NY 10601-2430


ATHENE ANNUITY AND LIFE COMPANY CO     CITI ATT UNIVERSAL                     CITIBANK NA
RUSHMORE                               PO BOX 140310                          5800 S CORPORATE PL
PO BOX 55004                           TOLEDO OH 43614-0310                   SIOUX FALLS SD 57108-5027
IRVINE CA 92619-5004


DEPARTMENT OF THE TREASURY             DISCOVER BANK                          DISCOVER FINANCIAL SERVICES LLC
INTERNAL REVENUE SERVICE               DISCOVER PRODUCTS INC                  PO BOX 3025
POST OFFICE BOX 7346                   PO BOX 3025                            NEW ALBANY OH 43054-3025
PHILADELPHIA PA 19101-7346             NEW ALBANY OH 43054-3025


EMERGENCY PHYSICIAN SERVICES OF NY PC  ENGLEWOOD HOSPITAL                     ENGLEWOOD HOSPITAL
PO BOX 1123                            360 ENGLE ST                           CCCB
MINNEAPOLIS MN 55440-1123              ENGLEWOOD NJ 07631                     PO BOX 1750
                                                                              WHITEHOUSE STA NJ 08889-1750


ENGLEWOOD HOSPITAL                     INTERNAL REVENUE SERVICE               KNUCKLES KOMOSINSKI  MANFRA LLP
PO BOX 1750                            CENTRALIZED INSOLVENCY OPERATIONS      565 TAXTER ROAD SUITE 590
WHITESTONE STATION NJ 08889-1750       PO BOX 7346                            ELMSFORD NY 10523-2300
                                       PHILADELPHIA PA 19101-7346


MD PARTNERS OF ENGLEWOOD               NORTHERN VALLEY ANESTHESIOLOGY PA      NYS DEPT OF LABOR
CCCB                                   PO BOX 1123                            STATE OFFICE CAMPUS
PO BOX 1750                            MINNEAPOLIS MN 55440-1123              BUILDING 12 ROOM 256
WHITEHOUSE STA NJ 08889-1750                                                  ALBANY NY 12240-0001


NYS STATE DEPARTMENT OF                NORTHERN MEDICAL SPECIALISTS           OFFICE OF THE UNITED STATES TRUSTEE
TAXATION  FINANCE                      340 US 202                             201 VARICK ST ROOM 1006
WITHHOLDING   SALES TAX  INCOME TAX    SOMERS NY 10589-3236                   NEW YORK NY 10014-7016
90 COHOES AVE
GREEN ISLAND NY 12183-1515


PRESIDENT CEO MANAGING MEMBER OFFICER  PRESIDENT CEO MANAGING MEMBER OFFICER  PRESIDENT CEO MANAGING MEMBER OFFICER
IN                                     IN                                     IN
AND BANKRUPTCY DEPARTMENT              AND BANKRUPTCY DEPARTMENT              AND BANKRUPTCY DEPARTMENT
ATHENE ANNUITY  LIFE ASSURANCE COMPANY CITI-ATT UNIVERSAL                     DISCOVER FINANCIAL SERVICES
7700 MILLS CIVIC PARKWAY               PO BOX 140310                          2500 LAKE COOK RD
WEST DES MOINES IA 50266-3862          TOLEDO OH 43614-0310                   RIVERWOODS IL 60015-1838
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PRESIDENT CEO MANAGING MEMBER OFFICER  
IN  
AND BANKRUPTCY DEPARTMENT  
ENGLEWOOD HOSPITAL  
360 ENGLE ST  
ENGLEWOOD NJ 07631

PRESIDENT CEO MANAGING MEMBER OFFICER  
IN  
AND BANKRUPTCY DEPARTMENT  
ENGLEWOOD HOSPITAL  
PO BOX 1750  
WHITESTONE STATION NJ 08889-1750

PRESIDENT CEO MANAGING MEMBER OFFICER  
IN  
AND BANKRUPTCY DEPARTMENT  
NORTHERN MEDICAL SPECIALISTS  
340 US 202  
SOMERS NY 10589-3236

RAYMOND COTE ESQ  
204 CHERRY HILL RD  
CARMEL NY 10512-3836

US TREASURY DEPARTMENT  
BANKRUPTCY DIVISION IRS  
1500 PENNSYLVANIA AVE  
WASHINGTON DC 20220-0001

UNITED STATES TREASURY DEPARTMENT  
INTERNAL REVENUE SERVICE  
333 WEST PERSHING RD  
KANSAS CITY MO 64108-4302

UNITED STATES TREASURY DEPARTMENT  
INTERNAL REVENUE SERVICE  
PO BOX 37008  
HARTFORD CT 06176-7008

UNITED STATES TRUSTEE  
OFFICE OF THE UNITED STATES TRUSTEE  
US FEDERAL OFFICE BUILDING  
201 VARICK STREET ROOM 1006  
NEW YORK NY 10014-7016

WESTCHESTER DEPT PUBLIC SAFETY  
110 DR MARTIN LUTHER KING JR BLVD  
ROOM 217  
WHITE PLAINS NY 10601-2519

EXCLUDE  
~~ANNE J PENACHIO~~  
~~PENACHIO MALARA LLP~~  
~~245 MAIN STREET~~  
~~SUITE 450~~  
~~WHITE PLAINS NY 10601-2430~~

DEBTOR  
CRAIG BAKER  
2 MARSHALL COURT  
SOMERS NY 10589-2600

KRISTA M PREUSS  
CHAPTER 13 STANDING TRUSTEE  
399 KNOLLWOOD ROAD  
WHITE PLAINS NY 10603-1931

LEONARD E LOMBARDI  
LEONARD E LOMBARDI PC  
17 TAPPAN TERRACE  
PO BOX 2502  
BRIARCLIFF MANOR NY 10510-8102